1  KANTOR & KANTOR LLP
   ALAN E. KASSAN, Bar No. 113864
2  akassan@kantorlaw.net
   PETER S. SESSIONS  Bar No. 193301
3  psessions@kantorlaw.net
   19839 Nordhoff Street
4  Northridge, CA  91324
   Telephone:    (818) 886-2525
5  Facsimile:    (818) 350-6272

6  Attorneys for Plaintiff
   Christie Burton
7
   SEDGWICK LLP
8  REBECCA A. HULL  Bar No. 99802
   rebecca.hull@sedgwicklaw.com
9  ERIN A. CORNELL  Bar No. 227135
   erin.cornell@sedgwicklaw.com
10 333 Bush Street, 30th Floor
   San Francisco, CA  94101-2834
11 Telephone:    (415) 781-7900
   Facsimile:    (415) 781-2635
12
   Attorneys for Defendants
13 Metropolitan Life Insurance Company; Bank of the West
   Welfare Benefit Plan (erroneously sued herein as Bank of
14 the West Short Term Disability Plan); The BancWest
   Corporation Welfare Benefit Plan (erroneously sued herein
15 as Bank of the West Long Term Disability Plan)

16

17                  UNITED STATES DISTRICT COURT

18                  NORTHERN DISTRICT OF CALIFORNIA

19

| | |
|---|---|
| 20  CHRISTIE BURTON, | Case No. 4:10-cv-05633 SBA |
| 21              Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 22      v. | |
| 23  METROPOLITAN LIFE INSURANCE COMPANY; BANK OF THE WEST SHORT TERM DISABILITY PLAN; BANK OF THE WEST LONG TERM DISABILITY PLAN, | |
| 24 | |
| 25              Defendants. | |
| 26 | |

27

28

SF/2411717v1

STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties to this action that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and that each party shall bear her or their own costs and attorneys' fees.

**IT IS SO STIPULATED.**

DATED:  September 8, 2011          KANTOR & KANTOR LLP

By: /s/ Peter S. Sessions (as authorized on 9/7/2011)
    Peter S. Sessions
    Attorneys for Plaintiff
    Christie Burton

DATED:  September 8, 2011          SEDGWICK LLP

By: /s/ Erin A. Cornell
    Rebecca A. Hull
    Erin A. Cornell
    Attorneys for Defendants
    Metropolitan Life Insurance Company; Bank of the West Welfare Benefit Plan (erroneously sued herein as Bank of the West Short Term Disability Plan); The BancWest Corporation Welfare Benefit Plan (erroneously sued herein as Bank of the West Long Term Disability Plan)

**ORDER**

**IT IS SO ORDERED.**

DATED: 9/9/11

_____
HONORABLE SAUNDRA BROWN ARMSTRONG