KANTOR & KANTOR LLP
ALAN E. KASSAN, Bar No. 113864
akassan@kantorlaw.net
PETER S. SESSIONS  Bar No. 193301
psessions@kantorlaw.net
19839 Nordhoff Street
Northridge, CA  91324
Telephone:     (818) 886-2525
Facsimile:      (818) 350-6272

Attorneys for Plaintiff
Christie Burton

SEDGWICK LLP
REBECCA A. HULL  Bar No. 99802
rebecca.hull@sedgwicklaw.com
ERIN A. CORNELL  Bar No. 227135
erin.cornell@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA  94101-2834
Telephone:     (415) 781-7900
Facsimile:      (415) 781-2635

Attorneys for Defendants
Metropolitan Life Insurance Company; Bank of the West Welfare Benefit Plan (erroneously sued herein as Bank of the West Short Term Disability Plan); The BancWest Corporation Welfare Benefit Plan (erroneously sued herein as Bank of the West Long Term Disability Plan)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIE BURTON,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; BANK OF THE WEST SHORT TERM DISABILITY PLAN; BANK OF THE WEST LONG TERM DISABILITY PLAN,<br><br>　　　　　　　Defendants. | Case No. 4:10-cv-05633 SBA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

SF/2411717v1

STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE

1   IT IS HEREBY STIPULATED by and between the parties to this action that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and that each party shall bear her or their own costs and attorneys' fees.

**IT IS SO STIPULATED.**

DATED:  September 8, 2011     KANTOR & KANTOR LLP


By: /s/ Peter S. Sessions (as authorized on 9/7/2011)
    Peter S. Sessions
    Attorneys for Plaintiff
    Christie Burton


DATED:  September 8, 2011     SEDGWICK LLP


By:  /s/ Erin A. Cornell
    Rebecca A. Hull
    Erin A. Cornell
    Attorneys for Defendants
    Metropolitan Life Insurance Company; Bank of the West Welfare Benefit Plan (erroneously sued herein as Bank of the West Short Term Disability Plan); The BancWest Corporation Welfare Benefit Plan (erroneously sued herein as Bank of the West Long Term Disability Plan)

**ORDER**

**IT IS SO ORDERED.**

DATED: 9/9/11

*/s/ Saundra B. Armstrong*
HONORABLE SAUNDRA BROWN ARMSTRONG